J. M. HONBARRIER, J. A. LINGLE AND J. H. FRICK, v. W. M. McCOMBS, P. J. LYERLY AND C. R. YOST.

(Filed 6 June, 1930.)

APPEAL by plaintiffs from *Shaw, J.,* at March Term, 1930, of ROWAN. Affirmed.

*J. M. Waggoner for plaintiffs.*
*C. P. Barringer for defendants.*

MORTGAGE CO. *v.* TRUST CO.; WILLIAMS *v.* PATLA.

PER CURIAM. This is a petition of defendants for a writ of recordari and supersedeas. C. S., 630. The court below heard the petition, found the facts, and rendered a judgment or order that the writ of recordari and supersedeas issue. Upon an inspection of the entire record, we see no error in the judgment or order of the court below. The judgment is
Affirmed.